NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ACCENT PACKAGING, INC.,**
*Plaintiff-Appellant,*

**v.**

**LEGGETT & PLATT, INC.,**
*Defendant-Appellee.*

_____

2012-1684

_____

Appeal from the United States District Court for the Southern District of Texas in No. 10-CV-1362, Judge Lynn N. Hughes.

_____

**JUDGMENT**

_____

KEITH JAASMA, Ewing & Jones, PLLC, of Houston, Texas, for plaintiff-appellant.

ROBERT H. RECKERS, Shook, Hardy & Bacon, L.L.P., of Kansas City, Missouri, for defendant-appellee. With him on the brief were BART A. STARR and JONATHAN N. ZERGER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 8, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |